IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

MAR 29 2016

DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 3:15CR084-SA-SAA

TAMMI HENDERSON PALASINI
a/k/a GINA PALASINI

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count One of the nineteen count Indictment, which charges that the defendant, for the purpose of executing a scheme, did knowingly cause to be delivered by United States mail according to the directions thereon, an envelope addressed to Joseph Abel Babb, 101 Spring Oak Drive, Madison, Mississippi 39110, which envelope contained a letter of correspondence, copies of the Election Form for Withdrawal of Funds and a check purported to be a payment of interest earned for January 2009 in the amount of $3,321.76, devised to deceive Joseph Abel Babb by creating a false impression that legitimate interest was being earned on Joe P. Babb's investment, all in violation of Title 18, United States Code, Section 1341, which carries maximum possible penalties of not more than 20 years imprisonment, $250,000 fine, or both, not more than 3 years supervised release, restitution in the amount of loss, and a special assessment of $100.

2. **OTHER CHARGES:** The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss all other counts of the Indictment as to this defendant upon conclusion of sentencing on Count One.

3. **RESTITUTION:** The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. **OTHER AUTHORITIES:** This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. **VIOLATIONS OF THIS AGREEMENT:** If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. **ACKNOWLEDGMENTS:** Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The

defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the _23rd_ day of _March_, 2016.

                                            FELICIA C. ADAMS
                                            United States Attorney
                                            MS Bar No. 1049

**AGREED AND CONSENTED TO:**                  **APPROVED:**

TAMMI HENDERSON PALASINI                 EDWARD J. BOGEN, JR.
Defendant                                                   Attorney for Defendant
                                                                      Mississippi Bar No. 3611