UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## Criminal Minutes - General

Case No. <u>3:15CR84</u>     Place Held: <u>ABERDEEN</u>

Style <u>UNITED STATES OF AMERICA VS TAMMI HENDERSON PALASINI</u>
Date, Time Began: 03/29/16, 1:00 p.m. Date, Time Ended: 03/29/16, 1:30 p.m.

TOTAL TIME <u>30 mins.</u>

PRESENT:

Honorable <u>Hon. Sharion Aycock</u>, Judge

<u>Ginger Sisk</u>          <u>Phyllis McLart</u>
Deputy Clerk            Court Reporter

Defendant:              Attorney(s) for Defendant
<u>Tammi Henderson Palasini</u>   <u>Josh Bogen, Leland</u>
PROCEEDINGS:

Counsel Requested _____    Waiver of Counsel Signed _____

Information Filed _____    Waiver of Indictment Filed _____

Time Allowed to File Motions _____ days

PLEA:
DEFENDANT:        GUILTY        NOT GUILTY    NOLO CONTENDERE
<u>Tammi Palasini</u>   <u>(Ct. 1)</u>      _____
Motion of USA to Continue Counts _____

Bond: <u>REMANDED TO US MARSHAL</u>    SET FOR SENTENCING <u>August 10,
                                        2016 @ 11:00 a.m.</u>

REMARKS:

DAVID CREWS, CLERK

By: <u>/s/ Ginger Sisk</u>
    Ginger Sisk, Courtroom Deputy